# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137731

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 137731
    COA: 285264
    Kalkaska CC: 98-001762-FH

MARK WAYNE KAUFMAN,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

p0518